IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 5:96CV128 |
| | ) | (Financial Litigation Unit) |
| NORMAN DEAN WHEELER, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| SHERRILL FURNITURE CO., | ) | |
|     Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Norman Dean Wheeler on July 18, 2005 is DISMISSED.

SO ORDERED.

Signed: November 14, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge