IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,  )<br>vs.  )<br>  )<br>NORMAN DEAN WHEELER,  )<br>   Defendant.  )<br>and  )<br>  )<br>SANITORS INCORPORATED,  )<br>   Garnishee.  ) | CASE NO. 5:96CV128<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment against Norman Wheeler filed in this case on November 14, 2006, Docket No. 27, is DISMISSED.

Signed: December 28, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge