IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 5:96CV128 |
| | ) | (Financial Litigation Unit) |
| NORMAN DEAN WHEELER, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SHERRILL FURNITURE COMPANY, | ) | |
| Garnishee. | ) | |
| | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Norman Dean Wheeler is DISMISSED.

**SO ORDERED**.

Signed: March 30, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge